UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EMILIO HERRERA CORTEZ,<br><br>    Defendant. | Case No. 16cr359-JLS<br><br>ORDER AND JUDGMENT FOR THE DISMISSAL OF THE INFORMATION |

Upon application of the Government and good cause appearing thereof,

IT HEREBY IS ORDERED that the Government's motion to dismiss the Indictment is GRANTED and this action is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: June 3, 2016

                                                  Hon. Janis L. Sammartino<br>                                                United States District Judge